IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MACK HENRY LOTT,

   Plaintiff,

     v.

CATHELENE TINA ROBINSON, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:17-CV-2851-TWT

**ORDER**

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending dismissing the action without prejudice pursuant to 28 U. S. C. § 1915(g). The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 20 day of September, 2017.

                            /s/Thomas W. Thrash
                            THOMAS W. THRASH, JR.
                            United States District Judge